## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

SPENCER BARKER and BRIGETTE
BARKER husband and wife, and SLIMM
NIGHTCLUBS, LLC, a Florida limited liability
company d/b/a/ PASSION, individually and on
behalf of all others similarly situated,

     Plaintiffs,

v.

MAYWEATHER PROMOTIONS LLC, a         **CLASS ACTION COMPLAINT**
Nevada limited liability company, FLOYD
MAYWEATHER, JR., individually, TOP
RANK, INC., a Nevada corporation,
EMANUEL PACQUIAO, individually, a/k/a         **DEMAND FOR JURY TRIAL**
MANNY PACQUIAO,

     Defendants.
_____/

Plaintiffs, SPENCER BARKER and BRIGETTE BARKER, as husband and wife, and SLIMM NIGHT CLUBS, LLC, a Florida limited liability company d/b/a PASSION and on behalf of all others similarly situated, complain against Defendants, MAYWEATHER PROMOTIONS, LLC, a Nevada limited liability company, FLOYD MAYWEATHER, JR., individually, TOP RANK, INC., a Nevada corporation, and EMANUEL PACQUIAO, individually (collectively, "Defendants") as follows:

### INTRODUCTION

1.    The long anticipated May 2, 2015 boxing match between Floyd Mayweather Jr. and Manny Pacquiao, the sport's two biggest stars, was widely promoted as "once-in-a-lifetime" event and the "fight of the century." Indeed, the fight was the most profitable fight in history as

Mayweather and Pacquiao earned over $300 million dollars. The host of the fight, MGM Resorts International, reportedly generated a paid gate of $74 million dollars. Millions of people paid approximately $90.00 to $100.00 to view the fight and thousands of businesses paid thousands of dollars to be able to show the fight to their patrons. Yet, those consumers and businesses who paid to view the fight were deceived because the Defendants concealed or aided in concealing Manny Pacquiao's seriously injured right shoulder, for which he will soon undergo surgery. Accordingly, the paying viewers and businesses seek redress as they were defrauded out of the full value for the price they paid.

## PARTIES, JURISDICTION AND VENUE

2. Plaintiffs, Spencer Barker and Brigette Barker, husband and wife ("collectively "Barker"), reside in Broward County, Florida and are sui juris. Spencer Barker and Brigette Barker are authorized to bring this action in all respects and purchased tickets and/or the pay per event to the Mayweather-Pacquiao fight held on May 2, 2015. Barkers are representative Plaintiffs.

3. Plaintiff, Slimm Nightclubs, LLC ("Slimm") is a Florida limited liability company doing business as Passion, with its principal place of business in Broward County, Florida and is a citizen of the State of Florida for the purposes of diversity jurisdiction. Slimm is authorized to bring this action in all respects and purchased the pay per event to the Mayweather-Pacquiao fight held on May 2, 2015 for $3,500.00. Slimm is a representative Plaintiff.

4. Defendant, Mayweather Promotions, LLC ("Mayweather Promotions") is a Nevada limited liability company organized and existing under the laws of the State of Nevada with its principal place of business at 4616 West Sahara Avenue, #290, Las Vegas, Nevada

89102.  Mayweather may be served in Nevada and is a resident of the State of Nevada for the purposes of establishing diversity jurisdiction.

5.     Defendant, Top Rank, Inc., ("Top Rank") is a Nevada corporation organized and existing under the laws of the State of Nevada with its principal place of business at 748 Pilot Road, Las Vegas, Nevada 89119.  Top Rank may be served in Nevada and is a resident of the State of Nevada for the purposes of establishing diversity jurisdiction.

6.     Defendant, Floyd Mayweather, Jr., individually ("Mayweather"), is an individual over eighteen (18) years of age residing in Enterprise, Nevada and is otherwise sui juris.  Floyd Mayweather may be served in Nevada or any other place he may be found and is a citizen of the State of Nevada for purposes of establishing diversity jurisdiction.

7.     Defendant, Emanuel D. Pacquiao, individually, who is also known as Manny Pacquiao ("Manny" or "Manny Pacquiao" or "Pacquiao"), is an individual over eighteen (18) years of age residing in Beverly Hills, California and is otherwise sui juris.  Pacquiao may be served in California or any other place he may be found and is a citizen of the State of California for purposes of establishing diversity jurisdiction.

8.     This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d), because members of Plaintiffs' Class are citizens of Florida, Defendants are citizens of other States, there are currently one hundred (100) or more class members, and the aggregate amount in controversy will exceed $5,000,000.  The Class consists of all persons who paid for tickets to the Fight; purchased pay per view showings for the Fight or made wagers on the Fight, and whom did not know that Manny Pacquiao had been seriously injured prior to the Fight.

9. The Court has personal jurisdiction over all Defendants because a substantial portion of the alleged wrongdoing caused injury to Florida residents. All Defendants have sufficient minimum contacts with Florida and have otherwise intentionally availed themselves to Florida markets through promoting, marketing, and selling products sufficient to render the exercise of jurisdiction by this Court permissible under Florida law and the U.S. Constitution.

10. Venue is proper in the Southern District of Florida pursuant to 28 U.S.C. § 1391 (b)(2)and (3) because a substantial part of the events or omissions giving rise to the claims at issue in this Complaint arose in this District and Defendants are subject to the Court's personal jurisdiction with respect to this action.

## CONDITIONS PRECEDENT

11. All conditions precedent to these actions have been performed, waived or have occurred.

## FACTUAL ALLEGATIONS

**A.    "Biggest Fight in History," Was Five (5) Years in the Making**

12. This action relates to the championship boxing match between Floyd Mayweather and Manny Pacquiao, which occurred on May 2, 2015 at the MGM Grand Garden Arena at the MGM Grand in Las Vegas, Nevada (the "Fight").

13. The fight was transmitted live to consumers and businesses throughout the world via licensed pay per view access. Consumers also purchased tickets to the fight at the MGM Grand Garden Arena and made wagers for the Fight in licensed casinos throughout the United States.

14. Mayweather is an American professional boxer and is rated as the best pound-for-pound boxer in the world by various sport related entities, including *Sports Illustrated* and ESPN. Since 2012, he has ranked as the highest paid athlete in the world.

15. Manny Pacquiao, is a professional boxer from the Philippines and was once rated the best pound-for-pound boxer in the world. He has won ten world titles and ranks among the world's 50 highest paid athletes. Pacquiao is currently ranked number three on the *Ring* pound-for-pound list.

16. The May 2, 2015 Mayweather-Pacquiao Fight, , was five (5) years in the making. Mayweather and Pacquiao reportedly had been attempting to contract to fight since December 2009.[1] While negotiations occurred throughout 2010 and 2011, previous contracts had fallen through because both individuals could not agree on issues such as fee division and drug testing.[2] It was also reported that the expected gross revenues could reach $300 million.[3]

17. ESPN reported on July 8, 2011 that the much-anticipated super-fight between Manny Pacquiao and Floyd Mayweather, Jr. had taken a significant step closer after Pacquiao's promoter, Bob Arum, founder and CEO of Top Rank stated that Pacquiao was willing to agree to random drug testing - but not by the United States Anti-Doping Agency (USADA)."[4]

18. On January 20, 2012, ESPN reported that Mayweather "for the past two weeks has been relentlessly calling for fellow welterweight champion Manny Pacquiao to fight him on May 5 at the MGM Grand in Las Vegas." In fact, Mayweather personally called Pacquiao. In that that conversation, Mayweather said:

---

[1] http://sports.yahoo.com/news/boxing--floyd-mayweather-and-manny-pacquiao-nearly-agreed-to-a-2010-fight.html (last visited May 5, 2015).
[2] *Id.*
[3] *Id.*
[4] http://en.espn.co.uk/boxing/sport/story/100115.html (last visited May 5, 2015).

> I called him and asked him about us fighting May 5 and giving the world what they want to see.  I also let him know we both can make a lot of money.  He ask about a 50/50 split, and I told him no that can't happen, but what can happen is you can make more money fighting me then you have made in your career.  I also let him know I'm in control on my side but he needs to get on the same page with his promoter so we can make this fight happen.

Mayweather continued: "I told him to tell his promoter that…this fight will be the biggest fight in history."[5]

19.    Negotiations, that were ultimately successful, resumed in December 2014.  On December 16, 2014, ESPN reported on Mayweather's Showtime interview where Mayweather stated that he wanted to fight Pacquiao on May 2, 2015, the Cinco de Mayo weekend that he's regularly fought on.[6]

20.    On February 20, 2015, Mayweather and Pacquiao finally agreed to terms for the Fight, which were finalized mere days before the Fight.[7]  The *New York Times* reported that the Fight is "likely to become the biggest pay-per-view event in history.  Tickets are selling for tens of thousands of dollars, hotel rooms in the city cost exponentially higher than usual, and Mayweather and Pacquiao will divide hundreds of millions of dollars, regardless of who wins."[8]

**B.    Defendants Promoted the Event as a Must See Unprecedented Mega-Fight to Increase Revenue**

21.    In February 2015, the Defendants began aggressively marketing and promoting the Fight as boxing history's greatest sporting event.

---

[5] http://espn.go.com/boxing/story/_/id/7480500/floyd-mayweather-jr-places-telephone-call-manny-pacquiao (last visited May 5, 2015).

[6] http://espn.go.com/boxing/story/_/id/12022404/floyd-mayweather-jr-says-wants-fight-manny-pacquiao-proposes-2-bout

[7] http://www.dailymail.co.uk/sport/boxing/article-3051218/Floyd-Mayweather-vs-Manny-Pacquiao-tickets-FINALLY-sale-10-days-mega-fight-MGM-Grand-Las-Vegas.html

[8] http://www.nytimes.com/2015/04/30/sports/in-mayweather-pacquiao-buildup-surprisingly-little-fight-in-the-fighters.html (last visited May 5, 2015).

22.     Mayweather Promotions referred to the matchup as the "Fight of the Century," and further represented it to the public to be "one of the most eagerly anticipated events in boxing history,"—putting together "two of the greatest boxers of all time…"[9]

23.     Mr. Leonard Ellerbe, CEO of Mayweather Promotions said: "We are very excited to making history today by officially announcing the biggest fight in the history of boxing and one of the biggest events in the history of sports… *Mayweather vs. Pacquiao* is a tremendous fight between two great champions and two great men. May 2 will be a spectacle unlike anything that Las Vegas has ever seen before."[10]

24.     Mayweather further publicized: "It's always good to see the best fight the best, that's what's so intriguing about this matchup;" "This is two future Hall of Famers in a mega-fight;" "Everything in life is about timing. I have no regrets that this fight didn't take place five years ago. I didn't think it was that big then, but it continued to get bigger and bigger. Not just in boxing, but outside the sport. Pacquiao has continued to grow outside the sport. We didn't need to rush anything;" "It's about one fighter at the top against another fighter at the top."[11]

25.     Pacquiao's camp expressed the same sentiments. Bob Arum, of Top Rank said: "One thing is clear; it's the biggest fight of this century."[12]

26.     Pacquiao stated: "I am so happy that this fight has been made, and I know that boxing fans feel the same way;" "This fight is very important to me and in boxing history. We don't want to leave a question mark in the mind of boxing fans. Boxing fans have been eager to

---

[9] http://www.mayweatherpromotions.com/news/mayweather-pacquiao/sky-sports-box-office-will-exclusively-show-live-coverage-of-floyd-mayweather-v-manny-pacquiao-on-2-may/ (last visited May 5, 2015)
[10] http://www.mayweatherpromotions.com/news/mayweather-pacquiao/floyd-mayweather-and-manny-pacquiao-los-angeles-press-conference-quotes-photos/ (last visited May 5, 2015)
[11] *Id.*
[12] *Id.*

see this fight for five years. They have been asking me the same question and it is finally happening."[13]

27.     Notably, ESPN reported that in the past few years Pacquiao's pay-per-view figures have indeed been soft and Mayweather's have plummeted. "Three of the four fights that he [Mayweather] has had so far under his six-fight contract with CBS/Showtime failed to reach even 900,000 buys.[14]

28.     This "must-see" marketing campaign worked, as Bob Arum noted, "The interest is amazing…Even from people who do not follow sports, people who do not follow boxing. Wherever you go, people are talking about the fight.[15]

29.     According to the *New York Times*, terms of the deal signed by Mayweather and Pacquiao involved a 60-40 split, with Mayweather getting the higher total.  Pay-per-view buys will be the biggest source of the income.[16]

30.     When the Fight was first announced, *Forbes* reported that the total payout for Mayweather & Pacquiao would be around $200 million dollars:

> Mayweather and Pacquiao will split the purse 60/40 in Mayweather's favor.  Reports have circulated that the fighters will earn $150 million (Mayweather) and $100 million (Pacquiao), but those figures might be optimistic unless PPV buys go crazy.  The fighters are more likely to earn $120 million and $80 million, respectively[17].

31.     The Associated Press (via Fox Sports) reported that the purse was likely going to approach $300 million:

---

[13] *Id.*

[14] http://espn.go.com/boxing/story/_/id/12022404/floyd-mayweather-jr-says-wants-fight-manny-pacquiao-proposes-2-bout (last visited May 6, 2015).

[15] http://www.pacquiaovsmayweatherp4p.com/manny-pacquiao-vs-floyd-mayweather-fight-will-be-a-300-million-showdown-bob-arum.htm (last visited May 5, 2015).

[16] http://bleacherreport.com/articles/2439650-mayweather-vs-pacquiao-purse-known-prize-money-payout-distribution (last visited May 5, 2015)

[17] *Id.*

New estimates show Floyd Mayweather Jr.'s payoff for fighting Manny
Pacquiao could easily be $180 million, up substantially from earlier
predictions of $120 million. Pacquiao gets the short end of the purse, but
even that is expected to be well over $100 million by the time everything
is tallied up[18].

32.     Because of the magnitude of the fight as well as the various entities in play, the

Fight cost a record-breaking $89.00 on pay-per-view in standard definition and $99.00 in high

definition. Commercial establishments paid a lot more to have the fight on television, which cost

between $3,000.00 and $10,000.00—plus[19]. For commercial establishments, the cost to view the

Fight was the highest they have ever seen[20]. Commercial venues buy the rights from G&G

Closed Circuit Events, which is the exclusive licensor.

33.     Beating initial projections, the pay-per-view campaign generated an estimated

$300 million, with a $180 million to $120 million Mayweather-Pacquiao split.[21]


**C.     Defendants Concealed Pacquiao's Severe Shoulder Injury**

34.     Three (3) weeks prior to the Fight, on or about April 4, 2015, Pacquiao suffered a

right shoulder injury while sparring in training[22]. According to a Facebook post by sparing

partner, Dashon Johnson, the shoulder injury was supposed to be a secret and Mr. Johnson was

sent home because Pacquiao could not spar with the shoulder injury[23]. Mr. Johnson's Facebook

post reads:

We were asked not to mention anything to anyone but yes Manny got hurt
during this camp with his right shoulder and it was messed up pretty bad!

---

[18] *Id.*
[19] http://www.chicagotribune.com/business/breaking/ct-fight-night-bars-0502-biz-20150501-story.html (last visited
May 6, 2015)
[20] *Id.*
[21] http://www.forbes.com/sites/leighsteinberg/2015/05/05/mayweather-pacquiao-fight-fraud-of-the-century/ (last
visited May 6, 2015).
[22] http://www.newsday.com/sports/boxing/mayweather-vs-pacquiao/manny-pacquiao-says-he-fought-mayweather-
jr-with-injured-shoulder-1.10375605 (last visited May 5, 2015)
[23] http:www.businessinsider.com/pacquiao-mayweather-leaked-shoulder-injury-2015.5 (last visited May 5, 2015)

> So bad his sparring partners including myself were asked to go home a
> few weeks out before the actual fight, which means a lot of work he could
> have put in for this fight was brought to a halt due to the fact that he could
> not spar really anymore and didn't want to mess it up more that he already
> had[24].

35.     According to Bob Arum, founder and CEO of Top Rank, an MRI exam revealed

that Pacquiao suffered from a rotator-cuff tear that was similar to the injury suffered by Kobe

Bryant of the Los Angeles Lakers[25].  Pacquiao received a cortisone shot to help the injury during

training, but Pacquiao's shoulder injury limited his ability to train with his right hand[26].  In fact,

according to Pacquiao, he had to interrupt his training camp for two weeks while he rested his

shoulder because he couldn't throw his right hand, so the injury affected his preparation.[27]

36.     Pacquiao and Top Rank notified the U.S. Anti-Doping Agency ("USADA") of

Pacquiao's right shoulder injury, and the USADA confirmed in writing that the proposed

treatment of the shoulder injury, if used, was allowed[28].

37.     Upon information and belief, Mayweather and Mayweather Promotions were

aware of Pacquiao's right shoulder injury before the Fight.  In fact, upon information and belief,

Mayweather and Mayweather Promotions knew the intimate details of Pacquiao's training

regimen as well as everything Pacquiao was doing leading up to the fight.  FightHype.com's Ben

Thompson reported that Mayweather and Mayweather Promotions knew everything Pacquiao

was doing leading up to the Fight[29].  Thompson reported:

> According to an eyewitness close to Pacquiao's camp, intimate details of
> his training regimen, from how many rounds he sparred to how many
> times he used the bathroom, have been leaked over the past several weeks.

---

[24] *Id.*
[25] http://nypost.com/2015/05/03/how-vegas-denied-manny-pacquiao-help-for-kobe-injury/ (last visited May 6, 2015).
[26] http://www.latimes.com/sports/la-sp-mayweather-pacquiao-20150504-story.html (last visited May 6, 2015).
[27] www.nydailynews.com/sports/more-sports/abramson-pacquiao-injured-shouldn-fought-article-1.2209038 (last visited May 5, 2015)
[28] *Id.*
[29] http://www.craziestsportsfights.com/pacquiao-mole-leaks-injury-to-mayweather-1308/ (last visited May 6, 2015)

38.     Mayweather Promotions Chief Executive Officer, Leonard Ellerbe stated that, "Freddie Roach thinks he runs a right camp, **but I know everything that's happening there**. I heard it's been a very rough camp. And now, I think it's dawning on Manny Pacquiao exactly what he's up against."[30] [Emphasis Added].

39.     Prior to the weigh-in on May 1, 2015, Pacquiao was evaluated by his physicians who conducted a medical exam. In addition, the last opportunity for Pacquiao to request permission for medical treatment for his injured shoulder was on May 1, 2015 at the weigh-in.

40.     At the weigh in, on May 1, 2015, neither Pacquiao nor Top Rank made any mention of Pacquiao's shoulder injury. In fact, on such date, under oath, Pacquiao completed a pre-fight medical questionnaire and checked the "No" box for a question about whether he had a shoulder injury. A true and correct copy of the questionnaire is attached as **Exhibit "A"**. By inaccurately filling out the paperwork for the Nevada State Athletic Commission (NSAC), Pacquiao violated its rules. Pacquiao purported mislead the NSAC so as not to allow them to postpone the Fight.

41.     At the press conference immediately following the Fight, Pacquiao stated that just prior to the Fight, his right arm was functioning at sixty percent (60%). The medication approved by the USADA for the Fight was a non-steroidal anti-inflammatory (Toradol). Hours before the Fight, Pacquiao made a request for a lidocaine shot and anti-inflammatories[31].

42.     On or about 6:08 p.m., on May 2, 2015, the NSAC, for the first time, was made aware that Pacquiao had a shoulder injury as the NSAC received a request from Pacquiao and Top Rank to inject Pacquiao's shoulder with lidocaine and anti-inflammatories[32]. Dr. Timothy

---

[30] *Id.*

[31] *Id.*

[32] www.latimes.com/sports/la-sp-mayweather-pacquiao-20150504-story.html (last visited May 5, 2015).

Trainor, who works with the NSAC to evaluate medical concerns, met with Pacquiao's physicians who conducted his medical exam prior to weigh in. However, because Pacquiao did not disclose his shoulder injury in his paperwork for the NSAC and because the fight was scheduled to begin at 8:00 p.m., the NSAC refused to provide Pacquiao with lidocaine and the anti-inflammatories[33].

43.    According to Francisco Aguilar of the NSAC:

> These are not prohibited substances. But why they might be, on fight night, by the commission, is you want the fighter to enter the fight in a natural state. Had we known prior to (the fight), we would have sent any (exam results) over to the doctors to review and come up with a treatment plan for Manny that is acceptable to commission doctors[34].

44.    During the third or fourth round of the Fight, Pacquiao was compromised when the shoulder injury flared up[35]. Pacquiao fought the remainder of the Fight with one hand due to his injured right shoulder[36]. According to Pacquiao:

> It felt like a needle was being stuck into my shoulder. I backed off because of the pain. It's very important to have confidence in your right and left, and when you're hurt, you're thinking about that too[37].

45.    Because Mayweather was aware of the right shoulder injury, upon information and belief, he targeted this area of Pacquiao's body throughout the Fight.

46.    Ticket holders did not get what they were promised or what had been promoted— the Fight of the Century between two healthy fighters. Instead, they were intentionally mislead, by both fighters and their promoters. Pacquiao never tried to delay the fight in the days and

---

[33] http://deadspin.com/manny-pacquiao-says-he-fought-with-injured-shoulder-wa-1701867287 (last visited May 6, 2015).

[34] www.businessinsider.com/manny-pacquiao-denied-shot-injured-shoulder-2015-5 (last visited May 5, 2015)

[35] www.nydailynews.com/sports/more-sports/abramson-pacquiao-injured-shouldn-fought-article-1.2209038 (last visited May 5, 2015).

[36] http://www.newsday.com/sports/boxing/mayweather-vs-pacquiao/manny-pacquiao-says-he-fought-floyd-mayweather-jr-with-injured-shoulder-1.10375605 (last visited May 6, 2015)

[37] www.businessinsider.com/manny-pacquiao-denied-shot-injured-shoulder-2015-5 (last visited May 5, 2015).

weeks before same.  Pacquiao and Top Rank knew about Pacquiao's shoulder injury, but kept

the date rather than reschedule the fight and let him heal, which the fight contract allowed.

47.     According to HBO boxing commentator Jim Lampley, he felt "terrible for people

who bought the pay-per-view [event], and said it wasn't fair to the public for Pacquiao to hide

his injury[38].

> It was a cynical enterprise to begin with in certain ways and now seems
> even more so.  I feel terrible [for those] who spent four figures on a ticket,
> I feel bad for people who spent 89, 90, 100 dollars on pay-per-view who
> were not given proper information in advance on what it was they were
> seeing.  I think there may be a constituency of people who think it's in
> some way noble and brave for Pacquiao to go ahead and enter the ring
> with an injury and try to perform, but I think that the only way that would
> wash is if the public had known in advance, and to have gone ahead with
> the enterprise when one of the fighters turns out to be damaged goods[39].

> For all of the advertising and promotions to have continued to base itself
> on the notion that this was the fight of the century and the best combat that
> boxing could offer.  To fans and uninitiated fans who only know a little
> about boxing and see it from the surface level buy in at the level in which
> they bought in are bound to feel somewhat cheated today.  I just really
> think it's highly unfortunate for our sport, I think it's bad for Pacquiao's
> image and taints his great and noble career, and I could go on and on about
> the ways in which this is unfortunate for boxing and for the audience.  I
> can't imagine, even under these circumstances, that a rematch would illicit
> anything other than an embarrassing response compared to what they got
> the other night.

48.     Following the Fight, Pacquiao is scheduled to have shoulder surgery.


**D.      Nevada Athletic Commission Rules Require Injury Disclosure**

49.     NAC 467.555 provides: "When an unarmed combatant is unable to take part in a

contest or exhibition for which he or she has entered into a bout agreement because of an injury

---

[38] http://ftw.usatoday.com/2015/05/mayweather-pacquiao-reaction-jim-lampley (last visited May 6, 2015)
[39] Id.

or illness, he or she shall immediately report the fact to the Commission and shall submit to an examination by a physician designated by the Commission."

50.    NAC 467.545 provides: "If the physician who examines an unarmed combatant who has entered into a bout agreement for a contest or exhibition determines that the unarmed combatant is unfit for competition, the unarmed combatant shall not participate in the contest or exhibition and the physician shall immediately report his or her finding to the promoter and the Commission's representative."

51.    Paquiao swore under the penalty of perjury that he had not had any injury to his shoulders.

52.    Pacquiao's attestation was false.

**CLASS ACTION ALLEGATIONS**

53.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure, Plaintiffs bring this action on behalf of themselves and a proposed nationwide class ("Class") initially defined as: *All persons in the United States who paid to view via pay-per-view or via tickets to the Mayweather-Pacquiao fight that occurred on May 2, 2015 and were not aware that Defendants failed to disclose that Pacquiao had been seriously injured prior to the fight date.*

Collectively, all these persons will be referred to as "Plaintiffs" or "Plaintiff Class."

54.    Excluded from the Plaintiff Class are: Defendants and any entity or entities in which Defendants have a controlling interest; any entity or entities in which Defendants' officers, directors, or employees are employed and any of the legal representatives, heirs, successors or assigns of Defendants; the Judge to whom this case is assigned and any member of the Judge's immediate family; all persons that properly execute and timely file a request for exclusion of the Class.

55. Plaintiffs reserve the right to modify the Class definitions after discovery and at any time up to and including trial.

56. The action satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of the Federal Rules of Civil Procedure Rule 23(a)(14) and (b)(1).

57. The Class is so numerous that the individual joinder of all its members, in this or any action, is impracticable. The exact number or identification of the Class members is presently unknown to Plaintiffs, but it is believed that Class members number at least in the thousands. The identity of Class members is ascertainable. Class members' number may be informed of the pendency of this Class action by a combination of direct mail and public notice, or other means.

58. Common questions of fact and law exist as to all members of the Class, which predominate over questions affecting only individual members of the Class. These include, but are not limited to the following:

> a. Whether Defendants engaged in unlawful, unfair or deceptive business practices by failing to properly disclose that Pacquiao was seriously injured prior to the May 2, 2015 Mayweather-Pacquiao fight;

> b. Whether Defendants made unlawful and misleading representations or material omissions with respect to the May 2, 2015 Mayweather-Pacquiao fight;

> c. Whether Defendants violated the Florida Deceptive and Unfair Trade Practices Act (Fla. Stat. § 501.201, *et. seq.*);

d.  Whether Defendants' unlawful, unfair and deceptive practices harmed Plaintiffs and the Class;

e.  Whether Plaintiffs and the Class have been damaged by the unlawful actions of the Defendants and the amount of damages to the Class;

f.  Whether Defendants were unjustly enriched by its deceptive practices; and

g.  Whether punitive damages should be awarded; and

59.     Plaintiffs' claims are typical of the claims of the members of each Class because Plaintiffs paid to view the May 2, 2015 Mayweather-Pacquiao fight that Defendants' deceptively promoted. Plaintiffs are asserting the same rights, making the same claims, and seeking the same relief for themselves and for all other class members. Defendants' unlawful, unfair and/or fraudulent actions concern the same business practices described herein irrespective of where they occurred or were experienced. Plaintiffs and each Class Member sustained similar injuries arising out of Defendants' conduct in violation of Florida law.

60.     The injuries of each member of each Class were caused directly by Defendants' wrongful conduct. The factual underpinning of Defendants' misconduct is common to all Class members of each class and represents a common thread of misconduct resulting in injury to all members of each Class. Plaintiffs' claims arise from the same practices and course of conduct that give rise to the claims of each member of the Class and are based on the same legal theories.

61.     Plaintiffs are adequate representatives of the Class because Plaintiffs are Class members and Plaintiffs' interests do not conflict with the interests of the members of the Class that Plaintiffs seek to represent. Plaintiffs are represented by experienced and able counsel who have litigated numerous class actions, and Plaintiffs' counsel intends to prosecute this action vigorously

for the benefit of the entire Plaintiff Class. Plaintiffs and Plaintiffs' counsel can fairly and adequately protect the interests of the members of the Plaintiff Class.

62.    The class action is the best available method for the efficient adjudication of this litigation because individual litigation of the Plaintiff Class claims would be impractical and individual litigation would be unduly burdensome to the courts. Individual litigation has the potential to result in inconsistent or contradictory judgments. A class action in this case presents fewer management problems and provides the benefits of single adjudication, economies of scale, and comprehensive supervision by a single court. As the damages suffered by individual members of the Class may be relatively small, the expense and burden of individual litigation would make it difficult or impossible for individual members of the Class to redress the wrongs done to them, while an important public interest will be served by addressing the matter as a class action. Class treatment of common questions of law and fact would also be superior to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the Court and the litigants, and will promote consistency and efficiency of adjudication.

## COUNT I
## CIVIL CONSPIRACY TO COMMIT FRAUD IN THE INDUCEMENT

63.    Plaintiffs incorporate by reference paragraphs 1 through 62 as if fully set forth herein.

64.    The Defendants engaged in a complex fraudulent scheme in order to solicit the Plaintiffs to purchase tickets and pay per view access for the Mayweather Pacquiao Fight held on May 2, 2015 and such conduct and actions constituted a civil conspiracy.

17

65.     Based on the allegations above, Defendants knowingly made false representations or material omissions.  Defendants promised paying viewers the "fight of the century."  This, and all similar representations were false, and Defendants knew they were false.

66.     Prior to and at the time Plaintiffs and class members decided to purchase tickets or pay per view showings, Defendants knew that Pacquiao was seriously injured; was suffering from a serious shoulder injury; and that such injury would severely affect his performance.

67.     At all relevant times, Defendants had a duty to disclose the nature and extend of Pacquiao's injuries.  Indeed, Pacquiao falsely answered "No" to the question contained in the Pre-Fight Medical Questionnaire: Have you had any injury to your shoulders, elbows, or hands that needed evaluation or examination?

68.     Defendants failed to reveal this information to the Nevada Athletic Commission, Plaintiffs, or class members.

69.     At the time of purchase, Plaintiffs and the Class were not aware that Defendants' representations were false, and they were not aware of the material information that Defendants' were concealing.

70.     The Defendants acted collectively and induced the Plaintiffs to purchase tickets, pay per view access and wages by concealing that Manny Pacquiao had been seriously injured prior to the Fight.

71.     Through such material omissions, Defendants intended: (1) to engage in a complex fraudulent scheme to procure financial gain by defrauding both individuals and corporations; (2) prolong the appearance of Pacquiao's health so as to avoid a delay or cancellation of the Fight; and/or (3) continue to benefit from and/or collect pay per view fees.

All these Defendants were intimately familiar with the finances and issues of the Fight through their involvement and rendered substantial assistance with its scheme to defraud the Plaintiffs.

72.    The Defendants knew that Pacquiao's should injury set forth herein was material, such that it would prevent or delay the fight, and if the Plaintiffs had knowledge of such concealments, they would not have purchased tickets or pay per view access for the Fight.

73.    The actions, conduct and representations of the Defendants as fully set forth herein above were overt acts in pursuance of the conspiracy against the Plaintiffs.

74.    The Plaintiffs have been proximately damaged by the conspiracy, and the Defendants' actions in furtherance of the conspiracy.

75.    Plaintiffs suffered actual damages as a result of the conspiracy in an amount to be determined at trial, but in no event less than the full value of the consideration paid by the Plaintiffs for tickets to the Fight and/or pay per view access for the Event.

## COUNT II
## FRAUD

76.    The Plaintiffs hereby re-allege those allegations contained in paragraphs 1 through 62 as if set forth fully herein.

77.    Based on the allegations above, Defendants knowingly made false representations or material omissions.  Defendants promised paying viewers the "fight of the century." This, and all similar representations were false, and Defendants knew they were false.

78.    Prior to and at the time Plaintiffs and class members decided to purchase tickets or pay per view showings, Defendants knew that Pacquiao was seriously injured; was suffering from a serious shoulder injury; and that such injury would severely affect his performance.

79.    At all relevant times, Defendants had a duty to disclose the nature and extend of Pacquiao's injuries.  Indeed, Pacquiao falsely answered "No" to the question contained in the

Pre-Fight Medical Questionnaire: Have you had any injury to your shoulders, elbows, or hands that needed evaluation or examination?

80.    Defendants failed to reveal this information to the Nevada Athletic Commission, Plaintiffs, or class members.

81.    At the time of purchase, Plaintiffs and the Class were not aware that Defendants' representations were false, and they were not aware of the material information that Defendants' were concealing.

82.    Plaintiffs and the Class relied on Defendants' false representations or material omissions in paying to view the fight.

83.    As a direct and proximate cause of Defendants' false representations or material omissions, Plaintiffs and the Class were damaged.

### COUNT III—UNJUST ENRICHMENT

84.    Plaintiffs incorporate by reference all other paragraphs of this Complaint as if fully set forth herein and further allege: The Plaintiffs hereby re-allege those allegations contained in paragraphs 1 through 62 as if set forth fully herein.

85.    As a result of Defendants' unlawful and deceptive actions described above, Defendants was enriched at the expense of Plaintiffs and the Class through the payment of the purchase price for viewing the fight.

86.    Under the circumstances, it would be against equity and good conscience to permit Defendants to retain the ill-gotten benefits that they received from Plaintiffs and the Class.   Thus, it would be unjust and inequitable for Defendants to retain the benefit without restitution to Plaintiffs and the Class for the monies paid to Defendants for the laminate wood flooring products.

**WHEREFORE**, Plaintiffs, on behalf of themselves and all Class members, seek the following relief against all Defendants:

A.   An order certifying this action to be a proper class action pursuant to Federal Rule of Civil Procedure 23, establishing an appropriate Class and any Subclasses the Court deems appropriate, and finding that Plaintiffs are proper representatives of the Class;

B.   Actual and/or compensatory damages and/or exemplary damages and/or the recovery of civil penalties as provided under common law and/or an award equal to the amount by which the Defendants have been unjustly enriched;

C.   An order awarding pre-judgment and post-judgment interest;

D.   Punitive damages in an appropriate amount;

E.   Any further compensatory, injunctive, equitable or declaratory relief including refunds as may be just and proper.

### NOTICE OF INTENTION TO SEEK PUNITIVE DAMAGES

The actions of the Defendants as described in this Complaint were intentional and/or grossly negligent and entitle the Plaintiffs to seek punitive damages. Notice is hereby given that Plaintiffs will, at the appropriate time, request the Court to include a claim for punitive damages in this action.

### JURY TRIAL DEMAND

Plaintiffs hereby demand a jury trial on all issues so triable.

Dated:  May 6, 2015                           Respectfully submitted,


/s/ Thomas P. Angelo, Esq.                    /s/Gregg Adam Schlesinger, Esq.

21

THOMAS P. ANGELO, ESQ.
Florida Bar No. 749400
Email:  tpa@angelolaw.com
ERIC C. EDISON, ESQ.
Florida Bar No. 010379
Email:  ece@angelolaw.com
ANGELO & BANTA, P.A.
SunTrust Center, Suite 850

515 East Las Olas Blvd.
Fort Lauderdale, FL 33301
Telephone:     954-766-9930
Facsimile:     954-766-9937
Attorneys for Plaintiffs

GREGG ADAM SCHLESINGER, ESQ.
Florida Bar No. 9520
Email:  gschlesinger@schlesingerlaw.com
SCHLESINGER LAW OFFICES, P.A.
1212 S.E. 3rd Avenue
Fort Lauderdale, Florida 33316
Telephone:     954-320-9507
Facsimile:     954-320-9509

135/74  C43

## PRE-FIGHT MEDICAL QUESTIONNAIRE

Contestant's Name _Emmanuel D Pacquiao_____ Age _36_

Yes ( ) No (✓) Have you had an MRI/MRA or CT scan of the head for any reason other than state licensing?  If yes, explain _____

Yes ( ) No (✓) Have you ever had any eye problems, surgery (Lasik, PRK), or special examinations? If yes, explain _____

Yes ( ) No (✓) Have you had any eye problems or eye issues since your annual exam was done? If yes, explain _____

Yes ( ) No (✓) Do you have any serious medical illnesses, diseases, conditions, or allergies of any kind? If yes, explain _____

Yes ( ) No (✓) Have you had any broken bones in last 6 months? If yes, explain _____

Yes ( ) No (✓) Have you had any injury to your shoulders, elbows, or hands that needed evaluation or examination? If yes, explain _____

Yes ( ) No (✓) Have you had any injury to your knees, ankles, or feet that needed evaluation or examination? If yes, explain _____

Yes ( ) No (✓) Have you had any lacerations or cuts that required sutures or glue in the last 3 months? If yes, explain _____

Yes ( ) No (✓) Have you had any surgeries?  If yes, explain _____

Yes (✓) No ( ) Have you taken or received any medication, drug, cream, inhalant, or injection, whether prescription, over-the-counter, from anyone or anyplace, in the last month?  If yes, explain _____ _____

Yes ( ) No (✓) Have you taken or received any nutritional supplement or vitamin in the last month? If yes, explain _____

Yes ( ) No (✓) Have you taken or received any medication, drug, supplement, cream, inhalant, or pill to help you lose weight or cut water for this bout? If yes, explain _____ _____

Yes ( ) No (✓) Have you suffered a KO, TKO, or any kind of loss of consciousness in the last 6 months during a bout, sparring, or any other activity?  If yes, explain _____

What was your weight 2 weeks ago? _145_  What was your weight 1 week ago? _146_

When was your last bout, and what was the result of that bout? _11-22-14_  _Wd 40:2_

I hereby swear, under penalty of perjury, that the above information is true and correct to the best of my knowledge.

_____          _____
Contestant's signature                    Second's signature and name

NSAC Physician conducting this Evaluation: _____ on _5/1_____, 2015

Revised 11 14

# EXHIBIT A